UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ROBERT KUNCE,**

    **Plaintiff,**

  **v.**                                    **Civil Action 2:24-cv-3989**
                                              **Judge Algenon L. Marbley**
**CSX TRANSPORTATION, INC.,**          **Magistrate Judge Chelsey M. Vascura**

    **Defendant.**

## ORDER

This matter is before the Court the parties' second Joint Stipulation for Extension of Case Deadlines, which the Court construes as a Motion to Extend Case Deadlines. (ECF No. 14.) For good cause shown, the parties' Motion is **GRANTED**. Case deadlines are amended as follows:

- Primary expert reports due **December 1, 2025**;
- Rebuttal expert reports due **January 13, 2026**;
- Discovery deadline is **March 16, 2026**; and
- Dispositive motions due **March 31, 2026**.

    **IT IS SO ORDERED.**

                                                      /s/ *Chelsey M. Vascura*
                                                      CHELSEY M. VASCURA
                                                      UNITED STATES MAGISTRATE JUDGE