## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

ROBERT KUNCE,

          **Plaintiff,**

    **v.**                                                                     **Civil Action 2:24-cv-3989**
                                                                                      **Judge Algenon L. Marbley**
                                                                                      **Magistrate Judge Chelsey M. Vascura**

CSX TRANSPORTATION, INC.,

          **Defendant.**


## ORDER

    This matter is before the Court on Plaintiff's Motion to Dismiss with Prejudice (ECF No. 20), in which Plaintiff represents that the parties have fully settled all claims and that settlement funds have been distributed. Defendant has not filed a memorandum in opposition and the deadline to do so has now expired. For good cause shown, the Motion is **GRANTED**. This action is **DISMISSED WITH PREJUDICE**.


    **IT IS SO ORDERED.**


                         /s/ *Chelsey M. Vascura*
                         CHELSEY M. VASCURA
                         UNITED STATES MAGISTRATE JUDGE